UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHRISTIAN CRUZ CRUZ,  *Plaintiff*, | |
| -against- | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) |
| UNITED STATES OF AMERICA; US IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); ICE DEPORTATION OFFICER RON CLAUDE AND JOHN HILL; THE NEW YORK STATE POLICE; NEW YORK STATE TROOPERS JOHN DOES,  *Defendants*. | 1:22-CV-00639  (DNH)(DJS) |

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christian Cruz Cruz, through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed as against defendants New York State Police and New York State Troopers John Does.

Dated: New York, New York
       October 5, 2022

*Paul O'Dwyer*
Paul O'Dwyer, Esq.
Law Office of Paul O'Dwyer, P.C.
*Attorney for Plaintiff Christian Cruz Cruz*
11 Broadway, Suite 715
New York, New York 10004
Paul.odwyer@paulodwyerlaw.com

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 10-11-2022